IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,  Plaintiff,  vs.  JOSE MANUEL ORTEGA-HERNANDEZ,  Defendant. | 4:18CR3051  ORDER |
|---|---|

IT IS ORDERED:

1) The motion of Jessica Milburn to withdraw as counsel of record for Defendant, (Filing No. 16), is granted.

2) Defendant's newly retained counsel, Thomas O. Campbell, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Jessica Milburn from any future ECF notifications herein.

May 31, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge